SOUTHERN DISTRICT OF NEW YORK

ASHANTI WILKINS

v.

ROBERT ERCOLE

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

08 Civ. 2882 (BSJ)(DF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_ Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

X  Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: \_\_\_\_

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
4/2/08

_(signature)_
United States District Judge